ACCEPTED
02-15-00312-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
10/5/2015 4:41:33 PM
DEBRA SPISAK
CLERK

**CAUSE NO. CV14-04-225**

| | | |
|---|---|---|
| BILLY ROBERT INCE, INDIVIDUALLY | § | IN THE DISTRICT COURT |
| AND AS REPRESENTATIVE OF THE | § | |
| ESTATE OF NORECCA "JOY" INCE, | § | |
| DECEASED | § | |
| | § | |
| vs. | § | WISE COUNTY, TEXAS |
| | § | |
| SCC PARTNERS, INC D/B/A SENIOR | § | |
| CARE HEALTH AND REHABILITATION | § | |
| CENTER – BRIDGEPORT; AND | § | |
| FOURSQUARE HEALTHCARE, LTD. | § | |
| F/K/A SSC HEALTHCARE GROUP | § | 271st JUDICIAL DISTRICT |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

10/5/2015 4:41:33 PM

DEBRA SPISAK
Clerk

## DEFENDANTS' NOTICE OF APPEAL

Defendants SCC Partners, Inc. d/b/a Senior Care Health and Rehabilitation Center – Bridgeport and Foursquare Healthcare, Ltd. f/k/a SCC Healthcare Group ("Defendants") desire to appeal from the Court's September 17, 2015 Order Denying Defendant SCC Partners, Inc.; and Foursqare Healthcare, LTD's Objections to Plaintiff's Expert Report and Motion to Dismiss.

**I.**
**PROCEDURAL BACKGROUND**

This Notice of Appeal arises from an interlocutory order overruling Defendants' objections to and denying Defendants' motion to dismiss Plaintiffs' Supplemental Chapter 74 Expert Reports. *See* Tex. Civ. Prac. & Rem. Code § 51.014(9) (West 2011). The Court denied Defendants' motion on September 17, 2015. *See* Order Denying Defendant SCC Partners, Inc.; and Foursqare Healthcare, LTD's Objections to Plaintiff's Expert Report and Motion to Dismiss attached as Exhibit A. Accordingly, Defendants' deadline to file a notice of appeal is October 7, 2015. *See* Tex. R. App. P. 26.1 (b).

## II.
## THE APPEAL

Because Defendants' appeal arises from the denial of all or part of the relief sought by a motion under Section 74.351(b), this appeal is accelerated.[1] *See* Tex. R. App. P. 28.1(a); Tex. Civ. Prac. & Rem. Code § 51.014(9). Defendants-Appellants are appealing this matter to the Second District Court of Appeals sitting in Fort Worth, Texas. Defendants-Appellants file the original of this Notice of Appeal in the trial court of the above-referenced cause, and a copy in the Fort Worth Court of Appeals. *See* Tex. R. App. P. 25.1 (e). Defendants-Appellants also served this Notice of Appeal on Plaintiffs-Appellees as set forth in the attached certificate of service. *Id.*

## III.
## PRAYER

Defendants-Appellants request that the Court accept this timely filed Notice of Appeal, and that the trial court coordinate with the Court of Appeals as further requested, including forwarding the Clerk's Record and Reporter's Record as further requested in separate documentation, and the assigning of an appellate case number by the Court of Appeals.

---

[1] This appeal is **not** an appeal from a parental termination or child protection case.

**DEFENDANTS' NOTICE OF APPEAL**                                                      **Page 2**

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.


/s/ Michael A. Yanof
Michael A. Yanof
State Bar No. 24003215
John B. Kronenberger
State Bar No. 11733050
Cassie J. Dallas
State Bar No. 24074105

Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Telecopy:  (214) 871-8209
E-Mail:  myanof@thompsoncoe.com
         jkronenberger@thompsoncoe.com
         cdallas@thompsoncoe.com


ATTORNEYS FOR DEFENDANTS

2289637v1
8502.004

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served on all counsel of record via e-service and facsimile, on the 5th day of October, 2015.

Dawn M. Smith
Clinesmith Wooten Smith, LLP
1700 Pacific Avenue, Suite 1650
Dallas, TX  75201
T: (214) 953-1900
F: (214) 953-1901
E: dawn@clinesmithwootensmith.com

Curtis Clinesmith
The Clinesmith Firm
1700 Pacific Avenue, Suite 1650
Dallas, TX  75201
T: (214) 953-1900
F: (214) 953-1901
E: curtis@clinesmithfirm.com

/s/ Michael A. Yanof
Michael A. Yanof



| | | |
|---|---|---|
| BILLY ROBERT INCE, INDIVIDUALLY AND AS A REPRESENTATIVE OF THE ESTATE IF NORECCA "JOY" INCE, DECEASED Plaintiff, | § § § § § § § § § | IN THE DISTRICT COURT |
| v. | § § § | 271ST JUDICIAL DISTRICT |
| SCC PARTNERS, INC. d/b/a SENIOR CARE HEALTH AND REHABILITATION CENTER – BRIDGEPORT; AND FOURSQUARE HEALTHCARE, LTD. f/k/a SCC HEALTHCARE GROUP | § § § § § § § § | |
| Defendants. | § | WISE COUNTY, TEXAS |

## ORDER DENYING DEFENDANT SCC PARTNERS, INC.; AND FOURSQUARE HEALTHCARE, LTD'S OBJECTIONS TO PLAINTIFF'S EXPERT REPORT AND MOTION TO DISMISS

On August 31, 2015, the Court heard and considered Defendant SCC Partners, Inc. d/b/a Senior Care Health and Rehabilitation Center—Bridgeport; and Foursquare Healthcare, LTD f/k/a SCC Healthcare Group's Objections to Plaintiff's Expert Report and Motion to Dismiss. The Court, having considered the objections and the motion to dismiss, Plaintiff's response and arguments against Defendants' objections and motion, and upon finding Defendants did not show GOOD CAUSE, finds the objections and motion should be and are hereby DENIED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant SCC Partners, Inc. d/b/a Senior Care Health and Rehabilitation Center—Bridgeport; and Foursquare Healthcare, LTD f/k/a SCC Healthcare Group's Objections to Plaintiff's Expert Report and Motion to Dismiss are hereby DENIED.

**FILED**
AM 2:14 PM

SEP 1 8 2015

INCE—ORDER DENYING DEFENDANTS' OBJECTIONS TO EXPERT REPORT AND MOTION TO DISMISS

BRENDA ROWE
DISTRICT CLERK-WISE COUNTY, TX
BY _____ DEPUTY

EXHIBIT A

SIGNED this ___17th___ day of ___Sept___, 2015.

_Joel H. Fostel_
HONORABLE JUDGE PRESIDING